United States District Court
Southern District of Texas

**ENTERED**
December 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| HERLINDA ELIZONDO, and FELIX AYALA, § § § | |
| Plaintiffs, § | |
| § | |
| v. § | NO. 5:16-cv-60 |
| § | |
| NATIONWIDE PROPERTY and CASUALTY INSURANCE COMPANY, § § | |
| Defendant. § | |

ORDER OF DISMISSAL

In accordance with the Court's Memorandum and Order of November 7, 2016, Plaintiffs have elected to dismiss this case with prejudice. (Dkt. 23.)

Accordingly, this case is DISMISSED with prejudice.

DONE at Laredo, Texas, this 30th day of November, 2016.

_____
George P. Kazen
Senior United States District Judge